**AMERICAN REGISTRY OF RADIO-LOGIC TECHNOLOGISTS, Plaintiff–Counter Defendant–Appellee,**

v.

**Luther E. McCLELLAN, Defendant–Counter Claimant–Appellant.**

**No. 04–10586.**

United States Court of Appeals, Fifth Circuit.

Decided Nov. 16, 2005.

Kay Lyn Schwartz, Gardere Wynne Sewell, Dallas, TX, for Plaintiff–Counter Defendant–Appellee.

J. Timothy Headley, Kimberly R. Phillips, Gardere Wynne Sewell, Houston, TX, Robert Davis Hemphill, Jr., Law Offices of Robert Hemphill, Dallas, TX, for Defendant–Counter Claimant–Appellant.

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.